IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>  vs.<br><br>JOHN DOE and GARY COTTLE,<br><br>      Defendants.<br>                                     / | No. CIV S-12-0868 KJM-EFB |
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>      Plaintiff,<br>  vs.<br><br>JOHN DOE and FEALICIA OLSEN,<br><br>      Defendants.<br>                                       / | No. CIV S-12-0869 GEB-DAD |
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>  vs.<br><br>JOHN DOE and BRETT LIDDICOAT,<br><br>      Defendants.<br>                                     / | No. CIV S-12- 0888 KJM-JFM<br><br><br><br><br><br>RELATED CASE ORDER |

1       Examination of the above-captioned actions reveals that they are related within
2 the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the
3 same question of law and their assignment to the same Judge or Magistrate Judge is likely to
4 effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the
5 assignment of these matters to the same judge is likely to effect a substantial savings of judicial
6 effort and is likely to be convenient for the parties.

7       The parties should be aware that relating cases under Rule 123 causes the actions
8 to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related
9 cases are generally assigned to the judge and magistrate judge to whom the first filed action was
10 assigned.

11       As a result, it is hereby ORDERED that CIV S-12-0869, is reassigned from Judge
12 Garland Burrell, Jr. to the undersigned and from Magistrate Judge Dale Drozd to Magistrate
13 Judge Edmund Brennan. In addition, it is hereby ORDERED that CIV S-12-888 is reassigned
14 from Magistrate Judge John Moulds to Magistrate Judge Edmund Brennan. Henceforth, the
15 caption on documents filed in these reassigned case shall be shown as: CIV S-12-0869 KJM-
16 EFB and CIV S-12-0888 KJM-EFB, respectively.

17       It is further ORDERED that the Clerk of the Court make appropriate adjustment
18 in the assignment of civil cases to compensate for this reassignment.

19       IT IS SO ORDERED.
20 DATED: April 11, 2012.

                                                         UNITED STATES DISTRICT JUDGE