IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,                               No. 2:12-CV-00868-KJM-EFB

    vs.

GARY COTTLE, ET AL.,

    Defendants.                         ORDER

_____/

        The pretrial status conference in this matter, currently set for October 18, 2012, is hereby vacated and plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to effect service. FED. R. CIV. P. 4(m).

        IT IS SO ORDERED.

DATED: October 15, 2012.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE